**3**

TRUDI G. MANFREDO, Bar No. 166474
CHAPTER 7 TRUSTEE
575 East Alluvial, Suite 103A
Fresno, California 93720
Telephone: (559) 242-5577
Facsimile: (559) 513-8148

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In the Matter of | Case No. 13-15262-B-7 |
| | Chapter 7 |
| JACOB ERIC KIRBY, | TMT-2 |
| Debtor(s). | Date: February 26, 2014 |
| | Time: 10:00 a.m. |
| | Dept.: B, Courtroom 12, Fresno |
| | Honorable W. Richard Lee |

**MOTION TO SELL PERSONAL PROPERTY**

Trudi G. Manfredo, Chapter 7 Trustee of the above-referenced bankruptcy estate ("Trustee") of JACOB ERIC KIRBY ("Debtor"), brings this Motion to Sell Personal Property and respectfully represents as follows:

1. Trustee is the duly appointed, qualified and acting Trustee of the above-referenced bankruptcy estate.

2. Debtor filed under Chapter 7 of the Bankruptcy Code on July 31, 2013, and an order for relief was entered.

3. This Court has jurisdiction over this proceeding under 28 U.S.C. §1334(a). This is a core proceeding under 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

1

Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a) by virtue of the pendency of this case before the Court.

4. Among the assets of this bankruptcy estate is a 1998 Dodge Ram, valued at $500.00, a 1996 Ford F350, valued at $500.00, a 1973 Ford Bronco, valued at $250.00, a 1993 Harley Davidson valued at $2,000.00, and a 2006 Yamaha Motorcycle valued at $1,000.00 ("Personal Property").

5. Trustee has received and accepted an offer from the Debtor to purchase the Personal Property for a net to the estate of $3,250.00 as follows: the 1998 Dodge Ram for $310.00, the 1996 Ford F350 for $310.00, the 1973 Ford Bronco for $155.00, the 1993 Harley Davidson for $1,545.00 and the 2006 Yamaha Motorcycle for $930.00.

6. Trustee believes that this is a fair and equitable price for the Personal Property. Trustee believes the combined value of the personal property is $4,250.00. If the Trustee were to auction the Personal Property at that value, after paying 15% commission of $637.50 and costs to haul, store and repair all 5 vehicles in the amount of $500.00, approximately $3,112.50 would be generated to the bankruptcy estate. Debtor has paid and Trustee is currently holding $3,250.00 for the Personal Property.

7. The price to be received at auction is never certain, and the delay involved in auctioning these assets is not warranted.

8. There will be no adverse tax consequences to the estate as a result of the sale.

9. Based on her business judgment, Trustee believes that the sale of the above-described Personal Property is in the best interest of the creditors of this estate and all parties in interest.

10. Trustee requests that the provisions of Bankruptcy Rule

1  6004(h) be waived.

2      WHEREFORE, Trustee prays

3      1.   That the Motion be granted;

4      2.   That the Court issue an order authorizing the Trustee to sell the Estate's interest in the personal property back to the Debtor as follows: the 1998 Dodge Ram, VIN 3B7HF13ZXWG174065, for $310.00, the 1996 Ford F350, VIN 2FTHF36F4TCA42408, for $310.00, the 1973 Ford Bronco, VIN U15GLR57370, for $155.00, the 1993 Harley Davidson, VIN 1HD1BJL52PYU33085, for $1,545.00 and the 2006 Yamaha Motorcycle, VIN JYACJ10C26A002874, for $930.00;

11     3.   That the provisions of Bankruptcy Rule 6004(h) be waived; and

13     4.   For such other and further relief as the Court deems just and proper.

DATED: 1-14-14

By /s/ Trudi G. Manfredo
TRUDI G. MANFREDO,
Chapter 7 Trustee